ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED OCT 13 2005 CLERK, U.S. DISTRICT COURT By _____ Deputy

| | | |
|---|---|---|
| TOMMY LEE HARDEMON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-1646-B |
| | § | |
| HUNT COUNTY SHERIFF'S | § | |
| DEPARTMENT, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this 13th day of Oct., 2005.

_____
UNITED STATES DISTRICT JUDGE